| | | |
|---|---|---|
| Scott F. Savage,<br>Vs.<br>Citibank, N.A., et al. | Plaintiff(s)<br><br>Defendant(s) | Service of Process by:<br>**Action Process Serving 1-605-360-2881**<br>2522 W. 41st St., #213<br>Sioux Falls, SD 57105 |

| | |
|---|---|
| Law Office of Balam O. Letona, Inc.<br>55 River St., Ste. 220<br>Santa Cruz, CA 95060 | **Affidavit of Service**<br>Service of Process on:<br>Department Stores National Bank<br>Civ. 14-CV-3633 |

State of South Dakota )
                              :ss
County of: Minnehaha )

**Name of Server:** **Richard Rober**, undersigned, being duly sworn, deposes and states that at the time of Service; he was over the age of eighteen, was not a party to this action and is an Elector in the State of South Dakota;

**Date/Time of Service:** 9/3/14 @ 9:20 AM

**Place of Service:** 701 E. 60th St., N. Sioux Falls, SD 57104

**Documents Served:** The undersigned served the Documents described as:

Summons; Complaint for Damages; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Standing Order for all Judges of the Northern District of California Re: Contents of Joint Case Management Statement; Standing Order Re: Initial Case Management; Standing Order Re: Pretrial Preparation;

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served by Hand Delivery upon:

**Department Stores National Bank**
Service was made by Serving Lee Krege as the Legal Dept. Specialist.

Undersigned declares under penalty of Perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and Sworn to before me this
___3___ Day of September, 2014

_____
Notary Public   (Commission Expires)

RANDY ROBER
NOTARY PUBLIC
SOUTH DAKOTA
My Commission Expires 2/5/16