LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
glafayette@lkclaw.com
APRIL SANTOS (State Bar No. 266367)
asantos@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
CITIBANK, N.A., DEPARTMENT STORES NATIONAL
BANK, and FDS BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT F. SAVAGE,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, FDS BANK,<br><br>Defendants. | Case No.: 5:14-CV-03633 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION**<br><br>Judge:   Hon. Beth Labson Freeman<br>Complaint Filed:   August 11, 2014 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff SCOTT F. SAVAGE ("Plaintiff") and Defendants CITIBANK, N.A. ("Citibank"), DEPARTMENT STORES NATIONAL BANK ("DSNB"), and FDS Bank ("FDS") ("Defendants")(collectively, the "Parties") through their respective counsel, hereby stipulate as follows:

WHEREAS on September 25, 2014, Defendants filed a Motion to Compel Arbitration and to Stay Action with hearing originally set for November 4, 2014 before Magistrate Judge Howard R. Lloyd;

WHEREAS on September 30, 2014, Plaintiff filed a Declination to Magistrate Judge Jurisdiction;

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION  (Case No.: 5:14-CV-03633 BLF)

1

WHEREAS on September 30, 2014, the Court issued an Order reassigning this matter to the Honorable Beth Labson Freeman and instructing that all motions be re-noticed for hearing before Judge Freeman [Dkt No. 18];

WHEREAS, pursuant to Judge Freeman's Standing Order Re: Civil Cases, Defendants contacted the Court to request a December 18, 2014 hearing date for Defendants' Motion to Compel Arbitration and to Stay Action on Judge Freeman's Civil Law and Motion Calendar;

WHEREAS, Defendants were advised by Judge Freeman's Calendar Clerk that the earliest possible hearing date on Judge Freeman's calendar was February 5, 2015;

WHEREAS, on October 31, 2014 Defendants received confirmation from the Court that February 5, 2015 would be reserved for the hearing on Defendants' Motion;

WHEREAS counsel for the Parties have met and conferred regarding a briefing schedule on Defendants' Motion to Compel Arbitration and Stay Action;

WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

Pursuant to Judge Freeman's Standing Order Re Civil Cases, Defendants shall re-file and serve their Motion to Compel Arbitration and Stay Action on or before November 14, 2014;

Plaintiff shall file and serve his Opposition to Defendants' Motion to Compel Arbitration and to Stay Action on or before December 4, 2014;

Defendants shall file and serve their Reply to Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and to Stay Action on or before December 17, 2014; and

Defendants' Motion to Compel Arbitration shall be heard on Thursday, February 5, 2015 at 9:00 a.m. before the Hon. Beth Labson Freeman in Courtroom 3, 5th Floor.

**IT IS SO STIPULATED.**

DATED: November 11, 2014          */s/ Ronald Wilcox*
                                  RONALD WILCOX
                                  Attorney for Plaintiff SCOTT F. SAVAGE

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION  (Case No.: 5:14-CV-03633 BLF)

2

DATED: November 11, 2014       LAFAYETTE & KUMAGAI LLP

  /s/ April P. Santos
APRIL P. SANTOS
Attorneys for Defendants
CITIBANK, N.A., DEPARTMENT STORES
NATIONAL BANK, and FDS BANK

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Ronald Wilcox, counsel for Plaintiff, for the filing of this stipulation.

  /s/April P. Santos
APRIL P. SANTOS

**ORDER**

THE COURT, having considered the Stipulation of the Parties and good cause appearing, orders as follows:

1. Pursuant to Judge Freeman's Standing Order Re Civil Cases, Defendants shall re-file and serve their Motion to Compel Arbitration and Stay Action on or before **November 14, 2014** with a noticed hearing date of **February 5, 2015**;[1]

2. Plaintiff shall file and serve his Opposition to Defendants' Motion to Compel Arbitration and to Stay Action on or before **December 4, 2014**;

2. Defendants shall file and serve their Reply to Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and to Stay Action on or before **December 17, 2014**; and

3. The hearing on Defendants' Motion to Compel Arbitration is set for Thursday, **February 5, 2015** at 9:00 a.m. before the Hon. Beth Labson Freeman in Courtroom 3, 5th Floor.

 IT IS SO ORDERED.

DATED: November 13, 2014

_____
HON. BETH LABSON FREEMAN

---

[1] Defendant's present Motion to Compel Arbitration, ECF 12, is hereby withdrawn.

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION  (Case No.: 5:14-CV-03633 BLF)

3