UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT F SAVAGE,

    Plaintiff,

v.

CITIBANK N.A., et al.,

    Defendants.

Case No. 14-cv-03633-BLF

**CASE MANAGEMENT ORDER**

On June 18, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Statement due | 08/17/2015 |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 05/12/2016 at 9:00 am |
| Final Pretrial Conference | 08/25/2016 at 2:00 pm |
| Trial | 09/12/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding discovery dates and deadlines.

Dated:  June 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge