Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar. No. 176601)
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
ronaldwilcox@gmail.com

Attorneys for Plaintiff:
Scott F. Savage

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT F. SAVAGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, FDS BANK, and DOES 1-10<br><br>    Defendants. | **Case No. 14-cv-03633 – BLF**<br><br>**STIPULATION TO OTHER DEADLINES** |

On June 18, 2015, this case came on for a case management hearing. At that time the Court set the following schedule:

| | |
|---|---|
| May 12, 2016 | Last Day to Hear Dispositive Motions |
| August 25, 2016 | Final Pretrial Conference |
| September 12, 2016 | Jury Trial to Begin |

The Court directed the parties to stipulate to the remaining deadlines.

<u>The parties stipulate to the following deadlines:</u>

| | |
|---|---|
| January 8, 2016 | Last Day to Designate Experts with Reports |

1

| | | |
|---|---|---|
| 1 | February 8, 2016 | Non-expert Discovery Closes |
| 2 | February 22, 2016 | Last Day to Designate Rebuttal Experts with Reports |
| 3 | March 14, 2016 | Expert Discovery Closes |

**SO STIPULATED**

Dated: June 23, 2015

_/s/ Balam Letona_
Balam O. Letona, for Plaintiff

_/s/ Chad Silker_
Chad Silker for Defendants

APPROVED
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA