United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT F SAVAGE,<br>　　　　　Plaintiff,<br>　　v.<br>CITIBANK N.A., et al.,<br>　　　　　Defendants. | Case No.   14-cv-03633-BLF<br><br>**ORDER RE NOTICE OF SETTLEMENT**<br>[Re: ECF 82] |

Before the Court is the parties' Notice of Settlement, which informs the Court that the parties anticipate filing a notice of dismissal with prejudice within 30 days. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to submit a status update by February 25, 2016.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge