Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Ronald Wilcox, Esq. (Cal. Bar. No. 176601)
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
ronaldwilcox@gmail.com

Attorneys for Plaintiff:
Scott F. Savage

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT F. SAVAGE, | **Case No. 14-cv-03633 – BLF** |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |
| vs. | |
| CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, FDS BANK, and DOES 1-10 | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

//

//

//

//

---

1

**SO STIPULATED**

Dated: February 12, 2016

/s/ Balam O. Letona
_____
Balam O. Letona, for Plaintiff


/s/ Chad Silker
_____
Chad Silker, for Defendants

**[PROPOSED] ORDER**

The Court adopts the stipulation of the parties. The matter is dismissed with prejudice.

Date:  February 16, 2016

**IT IS SO ORDERED.**

_____
HON. BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE

2